UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61488-CIV-MARTINEZ/BROWN

OWEN HARTY

                    Plaintiff,

v.

LAUDERDALE MARKETPLACE
INVESTMENTS, LLC,

                    Defendant.

_____|

### STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE

**PLAINTIFF AND DEFENDANTS** by and through undersigned counsel hereby

**STIPULATE AND AGREE** that pursuant to a Settlement Agreement entered into by them on the 29th

day of May, 2010, settling all matters between them at issue in this cause, Plaintiffs and Defendants

respectfully request the Court enter an Order Dismissing this cause with Prejudice.

**STIPULATED AND AGREED TO** by Counsel for the Parties on the dates below written.

THOMAS B. BACON, P.A.
Attorney for Plaintiff

By: __S/Thomas B. Bacon__
THOMAS B. BACON
4868 SW 103d Ave.
Cooper City, FL33328
ph: 954-925-6488

Date: __May 29, 2010__

MATT WEINSTEIN, Attorney for Defendant
9200 So. Dadeland Blvd. Suite 400
Miami, FL 33156
305-670-5200;

Date: _MAY 29 2010_