09-61488.clo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-61488-CIV-BROWN

OWEN HARTY,

    Plaintiff,

vs.

LAUDERDALE MARKETPLACE
INVESTMENTS, LLC,

    Defendant.
_____/

### ORDER DISMISSING CASE

**THIS CAUSE** having come before the Court on the parties' Stipulated Voluntary Dismissal With Prejudice (D.E. 23), and the Court being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED with prejudice**.

**DONE AND ORDERED** this 17th day of June, 2010, at Miami, Florida.

                                                STEPHEN T. BROWN
                                                CHIEF U.S. MAGISTRATE JUDGE

cc: counsel of record